

Opinions of the United
States Court of Appeals
for the Third Circuit

2010 Decisions

7-15-2010

# In Re: Visteon Corporation, et al.

Precedential or Non-Precedential: Precedential

Docket No. 10-1944

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2010

## Recommended Citation

"In Re: Visteon Corporation, et al. " (2010). *2010 Decisions.* Paper 831.
http://digitalcommons.law.villanova.edu/thirdcircuit_2010/831

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2010 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 10-1944
_____

In re:  VISTEON CORPORATION, ET AL.

IUE-CWA, Industrial Division of Communications Workers
of America, AFL-CIO, CLC,
                                        Appellant

On Appeal from the United States District Court
for the District of Delaware
No. 10-cv-00091
District Judge: Judge Michael M. Baylson (Specially Presiding)


Argued: May 28, 2010

Before: McKee, *Chief Judge*, Rendell & Stapleton, *Circuit Judges*

**ORDER AMENDING OPINION**

**IT IS HEREBY ORDERED** that the Slip Opinion filed in this case on July 13,

2010, be amended as follows:

On page 94, delete the sentence "If the limited role of federal courts in a
democratic society is to mean anything, the doctrine of "absurdity" must not be
employed merely because interpreting a statute as enacted yields a result that is
contrary tdo a judge's personal beliefs about how things should be."


**IT IS SO ORDERED.**

                                        BY THE COURT:


                                        /s/ Theodore A. McKee
                                        Chief Circuit Judge

Dated: July 15, 2010
PDB/cc: All Counsel of Record